FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-1785M |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING |
| Maunilo | [Fed.R.Crim.P. 32.1(a)(6); |
| Saldana Gonzalez  Defendant. | 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern Dist. of Cal. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _Nature of current allegations; prior supervised release violation_

and/or

B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _defendant's criminal history and nature of alleged violation_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _July 28, 2008_

_____
UNITES STATES MAGISTRATE JUDGE

2